UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANOUCHCAR PIERRE-VAL, on
behalf of herself and those similarly
situated,

                                                          CASE NO.:

    Plaintiffs,

vs.

BUCCANEERS LIMITED
PARTNERSHIP, d/b/a Tampa Bay
Buccaneers,

      Defendant.    /

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, MANOUCHCAR PIERR-VAL, on behalf of herself and all others similarly situated, by and through their undersigned counsel, hereby files the attached Consents to Join for use in all proceedings.

Dated:  May 19, 2014

                                              */s/ Kimberly D. Woods*
                                              KIMBERLY D. WOODS, ESQ.
                                              Bar No.:  0025871
                                              MORGAN & MORGAN, P.A.
                                              20 N. Orange Avenue
                                              Suite 1400
                                              Orlando, Florida 32801
                                              Tel:  (407) 420-1414
                                              Fax:  (407) 245-3383
                                              E-Mail:  kwoods@forthepeople.com
                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed with the Court using the CM/ECF System and a copy has been served with the Complaint and Summons.

                                              */s/ Kimberly, D. Woods*
                                              KIMBERLY D. WOODS, ESQ.