IN THE UNITED STATES DISTRICT COURT FOR THE
__Middle District__ OF FLORIDA
CASE NO.:

__Manouchcau Pierre-Val__,
Individually, and on behalf of
others similarly situated,

       Plaintiff,

       v.

__Buccaneers Limited Partnership__
__d/b/a Tampa Bay Buccaneers__,
       Defendants.

_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.®

- I __Manouchcau Pierre-Val__, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, P.A.®, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: __4/1/14__
Signature: _____

Address: c/o my Counsel- Morgan & Morgan, P.A.®
600 North Pine Island Road, Suite 400
Plantation, FL 33324

(M&M form #73) 11/01/10