UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANOUCHCAR PIERRE-VAL, on behalf
of herself and those similarly situated,

    Plaintiff,

Vs.                            Case No: 8:14-cv-1182-T-33EAJ

BUCCANEERS LIMITED PARTNERSHIP,
d/b/a Tampa Bay Buccaneers,

    Defendant.
_____/

## DEFENDANT'S VERIFIED RESPONSE TO SCHEDULING ORDER

The Defendant, Buccaneers Limited Partnership, d/b/a Tampa Bay Buccaneers ("Defendant"), hereby responds to the Court's FLSA Scheduling Order of June 30, 2014, in which the Court ordered the Defendant to serve on the Plaintiff, and file with the Court, a Verified Summary of all hours worked by the Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, if any.

1.    The Plaintiff, Manouchar Pierre-Val, was paid at varying rates for work performed for the Defendant, depending upon the activity in which she engaged. Appearances were paid at varying rates based upon the type of event. The Plaintiff was paid a total of $375.00 for appearances: $100.00 for an appearance on August 11, 2012; $100.00 for an appearance on September 23, 2012; $50.00 for an appearance on November 23, 2012; $100.00 for an appearance on December 7, 2012; and $25.00 for an appearance on January 17, 2013. The Plaintiff was paid $100.00 for each eight (8) hour game day, for a total of $800.00.

2. The Plaintiff's hours of work varied from week to week.

3. The Plaintiff was paid a total of $1,175.00.

4. The Plaintiff's pay records were produced to the Plaintiff in accordance with the Court's FLSA Scheduling Order.

5. The Defendant has attached as Exhibit A, its summary of the wages earned by the Plaintiff during her employment.

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing response to the Court's FLSA scheduling order dated June 30, 2014, and pay records provided to the Plaintiff, and facts stated in it are true and correct to the best of my knowledge and belief.

*Kristen McMahan*
Kristen McMahan

Sworn to and subscribed before me this 14th day of August, 2014 by Kristen Mc Mahan, who is personally known to me or who produced _____ as identification.

LAURA J HOBBS
Notary Public - State of Florida
My Comm. Expires Mar 13, 2015
Commission # EE 63568
Bonded Through National Notary Assn.

*Laura J Hobbs*
NOTARY PUBLIC

Typed Name: LAURA J HOBBS

Commission Expires: 3/13/2015

Commission No.: EE 63568

Respectfully submitted this 14th day of August, 2014.

/s/ Thomas M. Gonzalez
THOMAS M. GONZALEZ
Florida Bar No. 0192341
Thompson, Sizemore, Gonzalez & Hearing, P.A.
One Tampa City Center
201 North Franklin Street, Suite 1600
Tampa, Florida 33602
(813) 273-0050
Fax: (813) 273-0072
tgonzalez@tsghlaw.com
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail and the CM/ECF system this 14th day of August, 2014 to the following:

Kimberly D. Woods
Morgan & Morgan, P.A.
20 N. Orange Avenue, 14th Floor
Orlando, FL 32801

Andrew R. Frisch
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324

/s/ Thomas M. Gonzalez
Attorney

3

CheckView                                                                                           Page 1 of 1

## Check View - Rollup Totals

**Name:** Pierre-Val, Manouchcar

**Selected checks**

| Year/Week # | Pay Date   | Period End | Gross  | Net  | Check Number | Co/File #  |
|-------------|------------|------------|--------|------|--------------|------------|
| 2013 - 04 - 1 | 01/25/2013 | 01/18/2013 | 25.00  | 0.00 | 00040133     | 29E/003224 |
| 2013 - 02 - 1 | 01/11/2013 | 01/04/2013 | 100.00 | 0.00 | 00020271     | 29E/003224 |
| 2012 - 52 - 1 | 12/28/2012 | 12/21/2012 | 100.00 | 0.00 | 00520354     | 29E/003224 |
| 2012 - 50 - 1 | 12/14/2012 | 12/07/2012 | 150.00 | 0.00 | 00500311     | 29E/003224 |
| 2012 - 48 - 1 | 11/30/2012 | 11/23/2012 | 100.00 | 0.00 | 00480270     | 29E/003224 |
| 2012 - 44 - 1 | 11/02/2012 | 10/26/2012 | 100.00 | 0.00 | 00440282     | 29E/003224 |
| 2012 - 42 - 1 | 10/19/2012 | 10/12/2012 | 200.00 | 0.00 | 00420267     | 29E/003224 |
| 2012 - 38 - 1 | 09/21/2012 | 09/14/2012 | 100.00 | 0.00 | 00380263     | 29E/003224 |
| 2012 - 36 - 1 | 09/07/2012 | 08/31/2012 | 200.00 | 0.00 | 00360269     | 29E/003224 |
| 2012 - 34 - 1 | 08/24/2012 | 08/17/2012 | 100.00 | 0.00 | 00340245     | 29E/003224 |

**Earnings Statement Summary**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
|          | 22 - Game Day Pay | 3 |  | 800.00 |
|          | L - Appearance    | 3 |  | 375.00 |

**Gross Pay** 1,175.00

| Deductions | Statutory | Amount |
|------------|-----------|--------|
| Social Security |  | 51.85 |
| Medicare |  | 17.04 |

| Other | Amount |
|-------|--------|
| X - Checking | 1,106.11 |

**Net Pay** 0.00

| Memos | Code | Amount |
|-------|------|--------|
|       | E    | 1,175.00 |

EXHIBIT A

000001

https://payexag.adp.com/eXperts/CheckViewRollupPrintDetail.do?hideCheckList=false&...   05/21/2014

Cheerleader Appearances
Manouchcar Pierre-Val

| Check Date | Amount | Event | |
|---|---|---|---|
| 01/25/2013 | $25.00 | Pierre-Val, M.01/17 Visionmobile | Charity Rate |
| 12/14/2012 | $100.00 | Pierre-Val, M.12/07 Kindness Day | |
| 12/14/2012 | $50.00 | Pierre-Val, M.11/24 Mall Kiosk | |
| 10/19/2012 | $100.00 | Pierre-Val, M.9/23 Bucs Road Rally Party | |
| 09/07/2012 | $100.00 | Pierre-Val, M.8/11 Season Pass Rookie Event | |
| | **$375.00** | | |