UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANOUCHCAR PIERRE-VAL,
on behalf of herself and those similarly situated

            Plaintiffs,

v.    Case No.  8:14-cv-1182-T-33EAJ

BUCCANEERS LIMITED PARTNERSHIP,
d/b/a Tampa Bay Buccaneers.

            Defendant.
_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

| | |
|---|---|
| _____ | Have settled the case. |
| __X__ | Have not settled the case but wish to continue settlement discussions **up to and including October 24, 2014**. |
| _____ | Wish to engage in a formal mediation conference. |
| _____ | Request a settlement conference before the United States Magistrate Judge. |
| _____ | Have exhausted all settlement efforts and will immediately file a Case Management Report. |

Dated: October 13, 2014                                            Respectfully submitted,

| | |
|---|---|
| */s/ Kimberly De Arcangelis Woods*<br>Kimberly De Arcangelis Woods, Esq.<br>Florida Bar No.: 025871<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., 16th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Tel.: (407) 420-1414<br>Fax: (407) 425-8171<br>Email: kwoods@forthepeople.com<br><br>*/s/ Andrew R. Frisch*<br>Andrew R. Frisch, Esq.<br>Florida Bar No.: 27777<br>MORGAN & MORGAN, P.A.<br>600 North Pine Island Road, Suite 400<br>Plantation, Florida 33324<br>Tel: (954) 318-0268<br>Fax: (954) 327-3013<br>E-Mail: afrisch@forthepeople.com | */s/ Thomas M. Gonzalez*<br>Thomas M. Gonzalez, Esq.<br>Thompson, Sizemore, Gonzalez & Hearing, P.A.<br>One Tampa City Center<br>201 North Franklin Street, Suite 1600<br>Tampa, Florida 33602<br>Tel: (813) 273-0050<br>Fax: (813) 273-0072<br>E-Mail: tgonzalez@tsghlaw.com<br>Attorneys for the Defendant |