UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANOUCHCAR PIERRE-VAL,

     Plaintiff,

v.                                     Case No: 8:14-cv-1182-T-36EAJ

BUCCANEERS LIMITED
PARTNERSHIP,

     Defendant.

_____/

## **O R D E R**

     This matter comes before the Court upon the parties' Joint Notice of Settlement (Doc. 41). Because this is a class action, the parties intend to seek certification of a class in order to facilitate class settlement and court approval of a class notice and the settlement. The parties expect to file a joint motion for approval of the class settlement. Therefore, Plaintiff's Motion for Class Certification (Doc. 13) and Plaintiff's Motion to Conditionally Certify FLSA Collective Action and Facilitate Notice to Potential Class Members (Doc. 38) are **denied, without prejudice, as moot.** If the settlement of this action is not approved by the Court, Plaintiff will be given an opportunity to renew the previously filed motions.

     **DONE AND ORDERED** in Tampa, Florida on February 4, 2015.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record